**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** _I_          **Investigating Agency** _DEA_

**City** _Lawrence_                    **Related Case Information:**

**County** _Essex_                    Superseding Ind./ Inf. _._          Case No. _____
                    Same Defendant _____    New Defendant _____
                    Magistrate Judge Case Number   _24-MJ-6414-MPK_
                    Search Warrant Case Number   _24-MJ-6415-MPK_
                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   _Rafael Emelio Cruz Ciprian_          Juvenile:   ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   _(City & State)_ _Lawrence, Massachusetts_

Birth date (Yr only): _1992_  SSN (last4#): _N/A_   Sex _M_      Race: _Hispanic_      Nationality: _Dominican_

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** _Leah B. Foley_          Bar Number if applicable _____

**Interpreter:**   ☑ Yes  ☐ No          List language and/or dialect:   _Spanish_

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint          ☐ Information          ☐ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony  _1_

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   _06/5/2024_          Signature of AUSA:   _Leah B. Foley_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Rafael Emelio Cruz Ciprian _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1  21 U.S.C. § 846 | conspiracy to distribute 50 grams+ methamphetamine | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013